No. 84–6839.   HEREDIA-FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 84–6840.   SEATON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–6844.   WILLIAMS *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 84–6847.   CARTER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6849.   DARWIN *v.* UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–6850.   HOLLOWAY *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–6851.   BETKA *v.* CITY OF WEST LINN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–6853.   BONDI *v.* ILLINOIS.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 84–6855.   REED *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–6857.   REED *v.* UNITED STATES ET AL.   C. A. 7th Cir. Certiorari denied.

No. 84–6858.   SIMS *v.* BABCOCK & WILCOX CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–6860.   IN RE WALKER.   Sup. Ct. Cal.   Certiorari denied.

No. 84–6862.   BROWN *v.* LEAVITT, SHERIFF, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–6863.   HORNE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–6867.   HASSAIN *v.* NEWBLATT, JUDGE, ET AL.   C. A. 6th Cir.   Certiorari denied.